# Order

Michigan Supreme Court
Lansing, Michigan

June 13, 2008

136349-52

_____

In re ALYSSA ANN KEAST and AMBER MARIE KEAST, Minors.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NICOLE COPPESS,
      Appellee,

v

TIMOTHY ATWOOD and BARBARA ATWOOD,
      Appellants.
_____/

SC: 136349
COA: 279820
Newaygo CC Family Division:
05-006388-NA

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

TIMOTHY ATWOOD and BARBARA ATWOOD,
      Appellants,
and

ERICA KEAST and DOUGLAS KEAST,
      Respondents.
_____/

SC: 136350
COA: 279834
Newaygo CC Family Division:
05-006388-NA

In re ALYSSA ANN KEAST, Minor.

_____

TIMOTHY ATWOOD and BARBARA ATWOOD,
      Petitioners-Appellants,

v

DEPARTMENT OF HUMAN SERVICES,
      Respondent-Appellee.
_____/

SC: 136351
COA: 279844
Newaygo CC Family Division:
06-000505-AF

_____

In re AMBER MARIE KEAST, Minor.

_____

TIMOTHY ATWOOD and BARBARA ATWOOD,
        Petitioners-Appellants,

v

                                      SC: 136352
                                      COA: 279845
                                      Newaygo CC Family Division:
                                      05-000506-AF

DEPARTMENT OF HUMAN SERVICES,
        Respondent-Appellee.

_____/

        On order of the Court, the application for leave to appeal the February 5, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2008

s0610

                                            Clerk